UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN RODRIGUEZ,<br><br>        Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>        Defendant. | Case No. 1:15-cv-00885<br><br>HON. JANET T. NEFF |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff files this Notice of Voluntary Dismissal with prejudice. Defendant served neither an answer nor motion for summary judgment in this matter.

                                          Respectfully submitted,

Dated: September 30, 2015         GOLDEN LAW OFFICES, P.C.


                                           /s/ B. Thomas Golden
                                          B. Thomas Golden (P70822)
                                          Attorney for the Plaintiff
                                          2186 West Main Street
                                          P.O. Box 9
                                          Lowell, Michigan 49331
                                          Telephone: (616) 897-2900
                                          Facsimile: (616) 897-2907
                                          btg@bthomasgolden.com